IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-260-FL
NO. 5:09-CV-85-FL

| | | |
|---|---|---|
| TORRENCE LASHAWN HOWARD, | ) | |
| | ) | CONSENT MOTION |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

NOW COMES the Respondent, by and through the United States Attorney for the Eastern District of North Carolina, with the consent of Petitioner, by and through his court-appointed attorney, and jointly move for an Order granting relief to Petitioner on the basis of his 28 U.S.C. § 2255 motion in lieu of a contested evidentiary hearing.

Without conceding any ineffectiveness on the part of Petitioner's trial counsel, but in an abundance of caution, in light of the clear assertions by Petitioner, the United States consents to granting relief to Petitioner on his 28 U.S.C. § 2255 motion, subject to and without the Government waiving any of the terms and provisions of the plea agreement entered in this case by Petitioner. The relief requested is for the Court to vacate its prior judgment and to direct the Clerk to reenter judgment, thus restarting the clock for noting an appeal under Fed. R. App. P. 4(b).

Respectfully submitted, this 16th day of March, 2010.

                    GEORGE E.B. HOLDING
                    United States Attorney

                    BY:/s/William E.H. Creech
                        WILLIAM E.H. CREECH
                    Attorney for Respondent
                    Assistant United States Attorney
                    Civil Division
                    310 New Bern Avenue
                    Suite 800 Federal Building
                    Raleigh, NC  27601-1461
                    Telephone:(919)856-4530
                    Facsimile:(919)856-4821
                    Email: zeke.creech@usdoj.gov
                    N. C. Bar# 31467

                    BY:/s/Mitchell G. Styers
                        MITCHELL G. STYERS
                    Attorney for Petitioner
                    BANZET, THOMPSON & STYERS, PLLC
                    P. O. Box 535
                    Warrenton, NC 27589
                    Telephone: (252) 257-3166
                    Facsimile: (252) 257-2053
                    Email: mitchstyers@banzetlaw.com
                    N.C. Bar# 24553