UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TORRENCE LASHAWN HOWARD<br>Petitioner<br>v.<br>UNITED STATES OF AMERICA<br>Respondent | **Judgment in a 2255 Case**<br>Criminal Case No. 5:07-CR-260-FL<br>Civil Case No.     5:09-CV-85-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the petitioner and respondent's consent motion.

**IT IS ORDERED AND ADJUDGED** that the consent motion is granted.

This Judgment Filed and Entered on March 22, 2010, with service on:

Mitchell G. Styers and William E.H. Creech (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 22, 2010 | /s/ Dennis P. Iavarone<br>Clerk |

Raleigh, North Carolina